FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 29 2015

CHRISTOPHER A PRINE
CLERK

SEPT. 28, 2015

TO THE CLERK OF THE COURT:

I RUDOLFO ESTRADA JR, HAVE BEEN RELEASED FROM CUSTODY FROM THE HARRES COUNTY JAIL, I WOULD LIKE TO CONTINUE TO APPEAL MY CASE. I KNOW IT WAS ABATED IN MARCH OF 2015, AND WOULD LIKE TO PURSUE CASE NUMBER 01-14-00784-CR

THANK YOU
RUDOLFO ESTRADA JR

SIGNATURE

RUDOLFO ESTRADA JR
4508 BEGGS ST
HOUSTON TEXAS 77009

CELL PHONE NUMBER 713-472-9555

I RUDOLFO ESTRADA JR CERTIFY UNDER PENALTY OF PERJURY THAT FORE GOING IS TRUE AND CORRECT

EXECUTED ON 9-28-2015

APPELLANT

RODOLFO ESTRADA JR
4508 BEGGAS
HOUSTON TEXAS 77009

TEXAS COURT OF CRIMINAL APPEALS

FIRST DISTRICT OF TEXAS

301 FANNIN

HOUSTON TEXAS 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 29 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

7700220S6699